**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gerald M. VanNorman and Carol H. VanNorman | BKY. NO. 15-02082 JJT |
| <u>Debtor(s)</u> | CHAPTER 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Bear Stearns Asset Backed Securities Trust 2003-HE1, Asset Bac, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4588

                                        Respectfully submitted,

                                        **/s/ Thomas Puleo**
                                        Thomas Puleo, Esquire
                                        James C. Warmbrodt, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 825-6306 FAX (215) 825-6406
                                        Attorney for Movant/Applicant