```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 15-02082-JJT
Gerald M. VanNorman                                             Chapter 13
Carol H. VanNorman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: CGambini            Page 1 of 1            Date Rcvd: Dec 21, 2016
                            Form ID: orfeedue         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2016.
cr            ECMC,   PO Box 16408,   St. Paul, MN 55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Randall W. Turano    on behalf of Joint Debtor Carol H. VanNorman rwtura@netscape.net
              Randall W. Turano    on behalf of Debtor Gerald M. VanNorman rwtura@netscape.net
              Thomas I Puleo    on behalf of Creditor   U.S. Bank National Association, Et Al...
               tpuleo@goldbecklaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   AmeriCredit Financial Services dba GM Financial
               mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                               TOTAL: 7

orfeedue(07/16)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gerald M. VanNorman | Chapter 13 |
| Carol H. VanNorman | Case number 5:15–bk–02082–JJT |
| **Debtor(s)** | Document Number: 41 |

### Order Filing Fee Due

A transfer of claim was filed on **December 21, 2016**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$25.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **December 28, 2016**.

Dated: December 21, 2016

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: CGambini, Deputy Clerk