IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                Case No. 5-15-02082-JJT

Carol VanNorman and Gerald VanNorman,        Chapter 13
     Debtor(s)

**ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY OF U.S. BANK NATIONAL ASSOCIATION**

    1. Admitted.

    2. Admitted.

    3. Admitted.

    4. Denied as a conclusion. Strict proof demanded.

    5. Denied as a conclusion. Strict proof demanded.

    6. Admitted.

    7. Denied. Debtor is without knowledge or information as to the truth of said averment. Strict proof demanded.

    8. Denied. Debtor is without knowledge or information as to the truth of said averment. Strict proof demanded.

    9. Denied. Debtor is without knowledge or information as to the truth of said averment. Strict proof demanded.

    10. Denied. Debtor is without knowledge or information as to the truth of said averment. Strict proof demanded.

    11. Denied. Debtor is without knowledge or information as to the truth of said averment. Strict proof demanded.
    Wherefore, it is requested the Motion be Denied.

                                                     /s/ Randall W. Turano
                                                     Randall W. Turano, Esquire
                                                       Attorney for Debtor(s)