IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                          Case No. 5:15-bk-02082-RNO
Carol and Gerald VanNorman,            Chapter 13
     Debtor(s)

**OBJECTION TO NOTICE OF DEFAULT DATED JULY 29, 2019**

1. US BANK Select Portfolio filed a notice of default dated July 29, 2019 a copy is attached.

2. Select Portfolio sent a statement to debtors dated July 15, 2019 showing a payment due of $566.20 a copy is attached.

3. Debtors' believe they are not in default and such that default not be entered.

   Wherefore, it is requested certification of default not be entered and the stay remain.


/s/_____
Randall W. Turano, Esquire
Attorney for Debtor(s)