# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:                                                     CHAPTER 13
                                                                                                 NO. 5-15-02082-RNO

Carol and Gerald VanNorman,
Debtor(s),

**PRAECIPE TO WITHDRAW OBJECTIONS TO NOTICE OF DEFAULT**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw the Objections to Notice of Default, Docket Entries 67 and 68 as no certificate of default has been filed and there is no need for a hearing at this time.

                                                                        /s/ Randall W. Turano

                                                                        Randall W. Turano
                                                                        Attorney for Debtors