IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                             Case No. 5-15-02082-RNO

Gerald and Carol VanNorman,            Chapter 13
        Debtor(s)

### ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY OF SANTANDER CONSUMER USA INC.

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied. Strict proof demanded at time of trial.

5. Denied as a conclusion. Strict proof demanded at time of trial.

Wherefore, it is requested the Motion be Denied.

                                                      /s/ Randall W. Turano
                                                      Randall W. Turano, Esquire
                                                      Attorney for Debtor(s)