# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| GERALD M. VAN NORMAN | Case No.: 5-15-02082-RNO |
| CAROL H. VAN NORMAN | Chapter 13 |
| Debtor(s) | |

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SELECT PORTFOLIO SERVICING |
| Court Claim Number: | 10 |
| Last Four of Loan Number: | 8385 - PRE-ARREARS - 224 Mohican Road |
| Property Address if applicable: | 224 MOHICAN ROAD, , CANADENSIS, PA18325 |

**PART 2: CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $20,200.35 |
| b. | Prepetition arrearages paid by the Trustee: | $20,200.35 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $20,200.35 |

**PART 3: POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: August 20, 2020 			Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com

Creditor Name:  SELECT PORTFOLIO SERVICING
Court Claim Number:  10

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 9002654 | 01/07/2016 | $101.91 | $0.00 | $101.91 |
| 5200 | 9002816 | 03/02/2016 | $434.57 | $0.00 | $434.57 |
| 5200 | 9002906 | 04/06/2016 | $433.78 | $0.00 | $433.78 |
| 5200 | 9002990 | 05/04/2016 | $433.78 | $0.00 | $433.78 |
| 5200 | 9003073 | 06/14/2016 | $433.78 | $0.00 | $433.78 |
| 5200 | 9003154 | 07/07/2016 | $433.78 | $0.00 | $433.78 |
| 5200 | 9003233 | 08/04/2016 | $433.78 | $0.00 | $433.78 |
| 5200 | 9003314 | 09/01/2016 | $439.30 | $0.00 | $439.30 |
| 5200 | 9003394 | 10/05/2016 | $439.30 | $0.00 | $439.30 |
| 5200 | 9003475 | 11/02/2016 | $431.94 | $0.00 | $431.94 |
| 5200 | 9003559 | 12/06/2016 | $431.94 | $0.00 | $431.94 |
| 5200 | 9003637 | 01/12/2017 | $187.80 | $0.00 | $187.80 |
| 5200 | 9003720 | 02/08/2017 | $431.94 | $0.00 | $431.94 |
| 5200 | 9003872 | 04/12/2017 | $431.94 | $0.00 | $431.94 |
| 5200 | 9003952 | 05/11/2017 | $431.94 | $0.00 | $431.94 |
| 5200 | 9004031 | 06/13/2017 | $431.94 | $0.00 | $431.94 |
| 5200 | 9004109 | 07/06/2017 | $1,032.90 | $0.00 | $1032.90 |
| 5200 | 9004185 | 08/10/2017 | $1,269.68 | $0.00 | $1269.68 |
| 5200 | 1173719 | 09/19/2017 | $400.10 | $0.00 | $400.10 |
| 5200 | 1176300 | 11/08/2017 | $399.25 | $0.00 | $399.25 |
| 5200 | 1179122 | 01/11/2018 | $187.00 | $0.00 | $187.00 |
| 5200 | 1181846 | 03/08/2018 | $1,262.25 | $0.00 | $1262.25 |
| 5200 | 1183227 | 04/03/2018 | $374.00 | $0.00 | $374.00 |
| 5200 | 1186362 | 05/15/2018 | $514.25 | $0.00 | $514.25 |
| 5200 | 1189043 | 07/12/2018 | $430.10 | $0.00 | $430.10 |
| 5200 | 1191696 | 09/06/2018 | $434.78 | $0.00 | $434.78 |
| 5200 | 1194407 | 11/08/2018 | $1,647.64 | $0.00 | $1647.64 |
| 5200 | 1195819 | 12/13/2018 | $858.38 | $0.00 | $858.38 |
| 5200 | 1197184 | 01/10/2019 | $431.98 | $0.00 | $431.98 |
| 5200 | 1199554 | 03/12/2019 | $849.96 | $0.00 | $849.96 |
| 5200 | 1200943 | 04/11/2019 | $446.92 | $0.00 | $446.92 |
| 5200 | 1203579 | 06/06/2019 | $432.92 | $0.00 | $432.92 |
| 5200 | 1204983 | 07/11/2019 | $432.92 | $0.00 | $432.92 |
| 5200 | 1207837 | 09/26/2019 | $918.88 | $0.00 | $918.88 |
| 5200 | 1208878 | 10/10/2019 | $653.10 | $0.00 | $653.10 |
| 5200 | 1212808 | 01/16/2020 | $859.92 | $0.00 | $859.92 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

GERALD M. VAN NORMAN  Case No.: 5-15-02082-RNO
CAROL H. VAN NORMAN  Chapter 13
    Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 20, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| RANDALL W. TURANO, ESQUIRE<br>802 MONROE STREET<br>STROUDSBURG PA, 18360- | SERVED ELECTRONICALLY |
| SELECT PORTFOLIO SERVICES, INC<br>3217 S. DECKER LAKE DRIVE<br>SALT LAKE CITY, UT, 84115 | SERVED BY 1ST CLASS MAIL |
| GERALD M. VAN NORMAN<br>CAROL H. VAN NORMAN<br>224 MOHICAN ROAD<br>CANADENSIS, PA 18325 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 20, 2020

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com