United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-02082-RNO |
| Gerald M. VanNorman | Chapter 13 |
| Carol H. VanNorman | |
|     Debtor(s) | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 14, 2020 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Gerald M. VanNorman, Carol H. VanNorman, 224 Mohican Road, Canadensis, PA 18325-9732 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Carol H. VanNorman, 224 Mohican Road, Canadensis, PA 18325-9732 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 16, 2020 | Signature: | /s/Joseph Speetjens |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association Et Al... bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association, as Trustee for the Bear Stearns Asset Backed Securities Trust 2003-HE1, Asset-Backed Certificates, Series 2003-HE1 bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America, National Association, |

| | |
|---|---|
| | as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Bear St bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor U.S. Bank National Association Et Al... josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com |
| Randall W. Turano | on behalf of Debtor 2 Carol H. VanNorman rwtura@netscape.net |
| Randall W. Turano | on behalf of Debtor 1 Gerald M. VanNorman rwtura@netscape.net |
| Thomas I Puleo | on behalf of Creditor U.S. Bank National Association Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Thomas I Puleo | on behalf of Creditor SELECT PORTFOLIO SERVICING INC. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services dba GM Financial ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Gerald M. VanNorman, **Debtor 1** | Chapter 13 |
| Carol H. VanNorman, **Debtor 2** | Case No. 5:15−bk−02082−RNO |

Social Security No.:
    xxx−xx−2025    xxx−xx−2372

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: October 14, 2020

By the Court,

*(signature)*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

**fnldec** (05/18)